# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132101

RITA C. FERGUSON,
          Petitioner-Appellant,

v

TOWNSHIP OF HAMBURG,
          Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132101
COA: 267597
MTT: 00-312646

On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

s1120